# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TEYA LUCAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:17-cv-02299-TCB-CMS |
| GLOBAL CREDIT & ) | |
| COLLECTION CORP. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Global Credit & Collection Corporation ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Teya Lucas against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 2nd day of August, 2017.

                                        *s/ Alan D. Leeth*
                                        Alan D. Leeth
                                        Georgia Bar No. 472031
                                        aleeth@burr.com
                                        Louis G. Fiorilla

                              Georgia Bar No. 910188
                              lfiorilla@burr.com
                              BURR & FORMAN, LLP
                              171 Seventeenth Street, NW, Suite 1100
                              Atlanta, Georgia  30363
                              Telephone:  (404) 815-3000
                              Facsimile:  (404) 817-3244

                              Attorneys for Defendant
                              GLOBAL CREDIT & COLLECTION
                              CORPORATION

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **NOTICE OF SETTLEMENT** has been prepared with Times New Roman, 14 point font, one of the font point selections approved by the Court in LR 5.1B.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2017, I presented the foregoing **NOTICE OF SETTLEMENT** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record, or, if notice is not provided to the attorney via the CM/ECF system, that a true and correct copy of the same will be served via U.S. First Class Mail, postage prepaid, and addressed as follows:

Jonathan Mason<br>
Mason Law Group, P.C.<br>
1100 Peachtree Street, NE, Suite 200<br>
Atlanta, GA  30309

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

30158361 v1